**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Roland Dean Black Weasel DEROCHE, Defendant— Appellant.**

**No. 03–30372.**

**D.C. No. CR–98–00035–CCL.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Lori Harper Suek, Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Michael Donahoe, Federal Defenders of Montana, Helena, MT, for Defendant–Appellant.

Before HALL, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM**

Roland Dean Black Weasel DeRoche appeals his 51–month sentence imposed after the revocation of his term of supervised release. DeRoche was convicted of aggravated sexual assault, in violation of 18 U.S.C. §§ 1153(a), 2241(a)(1) and (2). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for DeRoche has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. DeRoche has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.